1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, SBN 289900
2  Dennis Price, SBN 279082
   <u>8033 Linda Vista Road, Suite 200</u>
3  <u>San Diego, CA 92111</u>
   (858) 375-7385; (888) 422-5191 fax
4  phylg@potterhandy.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,       Plaintiff,<br><br>v.<br><br>**Leung Yee Enterprise, Inc.**, a California Corporation;<br>**Healthy Food Corp.**, a California Corporation; and Does 1-10,<br><br>Defendants. | Case No.: 5:19-CV-00436-SVK<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: February 7, 2020          By: ___/s/ Amanda Seabock_____
                                 Amanda Seabock
                                 Attorney for Plaintiff